HUGHES HUBBARD & REED LLP
CHARLES AVRITH, State Bar No. 96804
350 South Grand Avenue
36th Floor
Los Angeles, California 90071-3442
Telephone: (213) 613-2800
Facsimile: (213) 613-2950

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBAY INC., a Delaware Corporation, ) | Case No. C05-00491 (RS) |
|         Plaintiff, ) | |
| vs. ) | PROOF OF SERVICE |
| NIKON INC., a New York corporation,, ) | |
|         Defendants. ) | |

PROOF OF SERVICE

# PROOF OF SERVICE

I, the undersigned, declare as follows:

I am above the age of 18 years, a citizen of the United States and not a party to this action or proceeding. My business address is 350 South Grand Avenue, Suite 3600, Los Angeles, California 90071.

On February 8, 2005, I caused the documents PROVIDED BY THE COURT AND IN ACCORDANCE WITH LOCAL RULE 4-2 to be served on the interested parties in this action in the following manner:

Michael G. Rhodes, Esq.
James R. Patterson, Esq.
Cooley Godward LLP
4401 Eastgate Mall
San Diego, CA 92121

[X] **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with U.S. Postal on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[_] **BY FEDERAL EXPRESS:** To the address as specified above.

[_] **BY FACSIMILE:** I caused said document(s) to be transmitted by facsimile to the number(s) as specified on the attached Service List.

[_] **BY HAND DELIVERY/PERSONAL SERVICE:** I directed a courier to personally deliver said document(s) to addressee as -specified on the attached Service List.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Los Angeles, California, February 8, 2005.

_____
Christy Barrett