HUGHES HUBBARD & REED LLP
CHARLES AVRITH, State Bar No. 96804
350 South Grand Avenue
36th Floor
Los Angeles, California  90071-3442
Telephone: (213) 613-2800
Facsimile: (213) 613-2950

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBAY INC., a Delaware Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>NIKON INC., a New York corporation,,<br><br>        Defendants. | Case No. C05-00491 (RS)<br><br>NOTICE OF ERRATA OF NOTICE OF REMOVAL |

      PLEASE TAKE NOTICE that page four of the Complaint attached as Exhibit A to Defendant Nikon Inc.'s NOTICE OF REMOVAL filed on February 2, 2005 was inadvertently omitted.  A complete copy of Exhibit A of Nikon's Notice of Removal is attached hereto.

Dated:  February 3, 2005

                        Respectfully Submitted

                        HUGHES HUBBARD & REED LLP
                        Charles Avrith

                        By: _____s/Charles Avrith_____
                              Charles Avrith
                            Attorneys for Defendant

NOTICE ERRATA OF NOTICE OF REMOVAL