HUGHES HUBBARD & REED LLP
CHARLES AVRITH, State Bar No. 96804
350 South Grand Avenue
36th Floor
Los Angeles, California 90071-3442
Telephone: (213) 613-2800
Facsimile: (213) 613-2950

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBAY INC., a Delaware Corporation, | Case No. _____ |
| Plaintiff, | |
| vs. | RULE 7.1 STATEMENT OF DEFENDANT NIKON INC. |
| NIKON INC., a New York corporation,, | |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Nikon Inc. certify that Nikon

-2-

Corporation is the parent company of Defendant Nikon Inc. and that there are no publicly held corporations that own 10% or more of Nikon Inc.'s stock.

Dated:  Los Angeles, California
      February 2, 2005

          Respectfully submitted,

          HUGHES HUBBARD & REED LLP

          By:   s/Charles Avrith
                Charles Avrith

          Attorneys for Defendant