```
 1  COOLEY GODWARD LLP
    MICHAEL G. RHODES (116127)
 2  JAMES R. PATTERSON (211102)
    4401 Eastgate Mall
 3  San Diego, CA 92121
    Telephone:  (858) 550-6000
 4  Facsimile:  (858) 550-6420

 5  Attorneys for Plaintiff
    EBAY INC.
 6

 7  HUGHES HUBBARD & REED LLP
    CHARLES AVRITH (96804)
 8  350 South Grand Avenue
    36th Floor
 9  Los Angeles, CA 90071
    Telephone:  (213) 613-2800
10  Facsimile:  (213) 613-2950

11  Attorneys for Defendant
    NIKON INC.
12
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBAY INC., a Delaware Corporation, | Case No. C 05 00491 RS |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL** |
| v. | |
| NIKON INC., a New York corporation, | Judge: Hon. Richard Seeborg<br>Courtroom: 4, 5th Floor |
| Defendants. | |

WHEREAS, Plaintiff eBay Inc., a Delaware corporation, and defendant Nikon Inc., a New York corporation, by and through their respective counsel, have agreed to resolve this action in its entirety as between themselves only;

ACCORDINGLY, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HEREIN, subject to the approval of the Court, as follows:

1. The parties have entered into a separate settlement agreement and mutual release and, pursuant thereto, the action is being dismissed in its entirety

eBay Inc., v. Nikon Inc.;    Doc. 8

1  with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The
2  parties will bear their own costs and attorneys' fees in this action.
3        2.    The Court shall retain jurisdiction over this matter to enforce the settlement
4  reached by the parties.
5     Having read and understood the foregoing, and having obtained the express permission
6  and consent of their respective clients with respect thereto, the undersigned counsel of record
7  hereby acknowledge their clients' agreement and consent hereto by signing below.

Dated: April 2?, 2005        EBAY INC.
                             JAY MONAHAN

                             _____
                             Jay Monahan
                             Attorney for EBAY INC.

Dated: April 28, 2005        NIKON INC.
                             JOHN P. BROWNE

                             _____
                             Attorney for NIKON INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____       _____
                             Judge, United States District Court

459361 v2/SD
9%g1021.DOC