eBay Inc., v. Nikon Inc.;                                                                                           Doc. 9

COOLEY GODWARD LLP
MICHAEL G. RHODES (116127)
JAMES R. PATTERSON (211102)
4401 Eastgate Mall
San Diego, CA 92121
Telephone:  (858) 550-6000
Facsimile:   (858) 550-6420

Attorneys for Plaintiff
EBAY INC.

*E-FILED 5/2/05*

HUGHES HUBBARD & REED LLP
CHARLES AVRITH (96804)
350 South Grand Avenue
36th Floor
Los Angeles, CA 90071
Telephone:  (213) 613-2800
Facsimile:   (213) 613-2950

Attorneys for Defendant
NIKON INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBAY INC., a Delaware Corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NIKON INC., a New York corporation,<br><br>　　　　　　　　Defendants. | Case No.  C 05 00491 RS<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 4, 5th Floor |

WHEREAS, Plaintiff eBay Inc., a Delaware corporation, and defendant Nikon Inc., a New York corporation, by and through their respective counsel, have agreed to resolve this action in its entirety as between themselves only;

ACCORDINGLY, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HEREIN, subject to the approval of the Court, as follows:

1.　　　　The parties have entered into a separate settlement agreement and mutual release and, pursuant thereto, the action is being dismissed in its entirety

1  with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The
2  parties will bear their own costs and attorneys' fees in this action.
3      2.   The Court shall retain jurisdiction over this matter to enforce the settlement
4  reached by the parties.
5  Having read and understood the foregoing, and having obtained the express permission
6  and consent of their respective clients with respect thereto, the undersigned counsel of record
7  hereby acknowledge their clients' agreement and consent hereto by signing below.

Dated: April 2{, 2005

EBAY INC.
JAY MONAHAN

_____
Jay Monahan
Attorney for EBAY INC.

Dated: April 28, 2005

NIKON INC.
JOHN P. BROWNE

_____
Attorney for NIKON INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/2/05               /s/ Richard Seeborg
                            Judge, United States District Court

459361 v2/SD
9%g1021.DOC